IN UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**MONICA CARTER,**

   Plaintiff,

v.                        **No. 4:21-cv-1213-P**

**EK REAL ESTATE SERVICES OF NY, LLC ET AL.,**

   Defendants.

## ORDER

Before the Court is Plaintiff's Unopposed Motion to Withdraw and Substitute Counsel, seeking withdrawal of Cory Halliburton and substituting Jeff Carruth as local counsel of record for Plaintiff. ECF No. 16. Having considered the Motion, the Court concludes that the Motion should be and hereby is **GRANTED.**

**SO ORDERED** on this **21st day** of **December, 2021.**

                              Mark T. Pittman
                              United States District Judge